Russell Amato, an Infant over the Age of Fourteen Years, by Margaret Amato, His Guardian ad Litem, Respondent, v. Russell P. Koehler, Appellant. Joseph Amato, Respondent, v. Russell P. Koehler, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Jessie Baumann, Appellant, v. J. Norman Whitehouse and Others, Copartners Doing Business as Whitehouse & Co., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

B. D. Textile Corporation, Appellant, v. Max Greenberg, Trading under the Firm Name and Style of Union Star Trimming Company, Respondent.— Order denying motion to strike out answer and for partial summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

Pary Caranikas, Appellant, v. Rosoff Subway Construction Company, Inc., Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Rocco Castronuovo, as Administrator, etc., of Margherita Castronuovo, Deceased, Respondent, v. John Hancock Mutual Life Insurance Company, Appellant.— Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the following grounds: (1) The plaintiff is not a proper party plaintiff; (2) plaintiff did not prove that proofs of death were submitted to defendant; (3) the proofs of death were admissible in evidence. I do not agree with the holding of this court in *Smith* v. *Prudential Insurance Co.* (147 App. Div. 580), but follow the holding in *Vecchio* v. *Metropolitan Life Ins. Co.* (224 id. 301) and *Cirrincioni* v. *Metropolitan Life Insurance Co.* (223 id. 461).

James P. Cavanagh, Appellant, v. O. M. L. Realty Corporation, Inc., and Others, Defendants; C. & S. Jacobs Plumbing Supply Corporation, Respondent. (Action No. 3.) — Judgment, in so far as appealed from, unanimously affirmed, with costs. (*Perfect Lighting F. Co., Inc.,* v. *Grubar Realty Corp.,* 228 App. Div. 141.) Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York, on Complaint of Mae Reilly, Appellant, v. Frank A. Dowdell, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the facts and a new trial ordered. We are of opinion that the determination is contrary to the weight of the evidence. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

Thomas B. Cullen and Others, Respondents, v. Leon Szczygiel and Others, Defendants, Impleaded with Ruth C. Garboten, Appellant.— Order as resettled denying motion to set aside service of summons and complaint as to appellant and to vacate warrant of attachment affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.